IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JEFFREY JEROME WALKER,**

    **Plaintiff,**

**vs.**                                        **CASE NO. 4:08CV360-MP/AK**

**ARAMARK CORPORATION, et al,**

    **Defendants.**

_____/

## O R D E R

Plaintiff moves for an unspecified extension of time to respond to the Court's previous show cause Order. (Doc. 19). The extension of time is **GRANTED**, and Plaintiff shall file his response on or before February 12, 2009.

**DONE AND ORDERED** this **28**th day of January, 2009.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**