## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JEFFREY JEROME WALKER,**

      **Plaintiff,**

**vs.**                                 **CASE NO. 4:08CV360-MP/AK**

**ARAMARK INDUSTRIES, et al,**

      **Defendants.**

_____/

### ORDER STAYING CASE

      The Court has received Plaintiff's Response to Show Cause (doc. 21) and will not at the present time recommend dismissal of this action, but will stay any further proceedings in this cause until the appeal filed by the Plaintiff in Case No. 5:05cv75-MD is resolved.

      **DONE AND ORDERED** this __*3ʳᵈ*__ day of April, 2009.


                             *s/ A. KORNBLUM*_____
                             **ALLAN KORNBLUM**
                             **UNITED STATES MAGISTRATE JUDGE**