IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY JEROME WALKER,

    Plaintiff,

vs.                        CASE NO. 4:08CV360-MP/AK

ARAMARK INDUSTRIES, et al,

    Defendants.

_____/

O R D E R

Presently before the Court is Plaintiff's Motion for Clarification. (Doc. 24). The Court has already explained why it thinks the present case is connected to Case No. 5:05cv75-MD (doc. 18), despite Plaintiff's repeated efforts to convince it otherwise. (Docs. 14, 17, 21, and 24). Any further objections to orders entered in this case should be clearly designated as "Objections" pursuant to Rule 72, Federal Rules of Civil Procedure, and directed to the attention of the district judge.

**DONE AND ORDERED** this   *16th*   day of April, 2009.

                                     *s/ A. KORNBLUM*
                                     **ALLAN KORNBLUM**
                                     **UNITED STATES MAGISTRATE JUDGE**