**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA**

JEFFREY JEROME WALKER

       VS                                              CASE NO. 4:08-CV-360 MMP

JOSEPH NEUBAUER ET. AL.

**FINANCIAL REFERRAL AND ORDER**

Regarding release of funds for: __ Fine, __ Restitution, _X_ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____Jeffrey Jerome Walker #075763_____ (Payee)
Address: DOC, Inmate Bank
          PO Box 13600
          Centerville Station
          Tallahassee, FL 32317-3600

Receipt Number __4-9130__      Date of Receipt __3/29/10__

Motion: N/A

Explanation: A review of the payment records for Mr. Walker indicates an overpayment of $21.51. According to the court dockets and financial records, Mr. Walker does not owe any additional money and should be reimbursed $21.51.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ___*s/Philip Detweiler*___
               Philip Detweiler, Financial Specialist       Date: May 28, 2010

Referred by: _____,Deputy Clerk _____

**ORDER OF COURT**

It is ORDERED this __28th__ day of __May__, 2010, that the Clerk refund the identified funds to the payee.

                                              _s/Maurice M. Paul_
                                            MAURICE M. PAUL, SENIOR
                                            UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99