# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

JEFFREY JEROME WALKER

      VS                                    CASE NO. 4:08-CV-360 MMP

JOSEPH NEUBAUER ET. AL.

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: __ Fine, __ Restitution, _X_ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____Jeffrey Jerome Walker #075763_____ (Payee)
Address: Graceville Correctional Facility
          5168 Ezell Rd
          Graceville, FL 32440

Receipt Number __4-9961__ Date of Receipt __6/30/10__

Motion: N/A

Explanation: On May 28, 2010 an order was issued to refund $21.51 to Jeffrey Walker. The refund check was sent on June 1, 2010. On June 30, 2010 we received another $30.00 from Graceville Correctional Facility for Jeffrey Walker. Requesting authorization to refund the $30.00 overpayment to Mr. Walker and any other payments we may receive for this case. There may me a timing difference in stopping payments from Mr. Walkers account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ___*s/Philip Detweiler*___
               Philip Detweiler, Financial Specialist       Date: July 1, 2010

Referred by: _____,Deputy Clerk

## ORDER OF COURT

It is ORDERED this _6th_ day of _July_, 2010, that the Clerk refund the identified funds to the payee.

                                                  _s/Maurice M. Paul_
                                                  MAURICE M. PAUL, SENIOR
                                                  UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99